AO 91 (Rev. 5/85) Criminal Complaint **Felony**

# United States District Court

SOUTHERN                    DISTRICT OF                    TEXAS

United States District Court
Southern District of Texas
FILED
JAN 0 2 2008
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
V.
Johnny RAZO

**CRIMINAL COMPLAINT**

CASE NUMBER: B-08-14 MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____January 1, 2008____ in ____Cameron____ county, in the ____Southern____ District of ____Texas____ defendant did,

knowingly and intentionally possess with intent to distribute approximately 10.3 kilograms of cocaine, and ersons known and unknown did knowingly and intentionally enter into an agreement to possess with the intent to distribute approximately 10.3 kilograms of cocaine, which is a schedule II controlled substance

in violation of Title ____21____ United States Code, Section(s) ____841 & 846____

I further state that I am a(n) ____U.S. Immigration & Customs Enforcement Special Agent____ and that this complaint is based on the

following facts: On January 1, 2008, at approximately 10:30 p.m., Johnny RAZO entered the United States from Mexico at the B&M International Bridge, Brownsville, Texas. RAZO was driving a 1994 Ford Explorer and was referred to the secondary inspection area. In the secondary inspection area, a search of the Explorer by U.S. Customs & Border Protection Officers resulted in the discovery of 10.3 kilograms of cocaine.

Continued on the attached sheet and made a part of hereof:    ☐ Yes    ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 2, 2008                                    at    Brownsville, Texas
Date                                                      City and State

John Wm. Black, U.S. Magistrate Judge            _____
Name & Title of Judicial Officer                   Signature of Judicial Officer